**Michael A. Dempsey**
Email MD@LenahanDempsey.com

**Please reply to Scranton Office**



LAW OFFICES

# LENAHAN &DEMPSEY

A Professional Corporation

**Lenahan & Dempsey Professional Building**
**Suite 400**
**116 North Washington Avenue**
**P.O. Box 234**
**Scranton, Pennsylvania 18501-0234**
**(570) 346-2097**
**Fax: (570) 346-1174**

**Toll-Free: (888) 536-2426 www.LenahanDempsey.com**

Via Electronic Case Filing

May 30, 2017

The Honorable Malachy E. Mannion
United States District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA  18501

      RE:  Donna Hurlbut v. United States of America
          Middle District of Pennsylvania No.: 3:16-CV-01805-MEM
          Our File No.:  30359

Dear Judge Mannion:

      By Order dated April 26, 2017, the above-referenced case was dismissed. However, the order allows for the action to be reinstated by either party should settlement not conclude within sixty (60) days.

      I have prepared a Petition for Approval of the Wrongful Death and Survival Action which has been sent to the PA Department of Revenue today, for approval. Once the Petition is approved by the PA Department of Revenue it must be presented in Schuylkill County where the estate was filed.

      At this time, I request that the time for reinstatement of the Federal Court action be extended by sixty (60) days to allow for approval by the Department of Revenue and presentation in Schuylkill County.

      I have contacted Attorney Blewitt and he concurs with this request for an extension of  an additional sixty (60) days to reinstate the Federal Court case if necessary.

| 517 Pierce Street | 701 Main Street, Ste.500 | 106 West Front Street | 34 East Tioga Street | |
| Kingston, PA 18704 | Stroudsburg, PA 18360 | Berwick, PA 18603 | Tunkhannock, PA 18657 | Montrose, PA 18801 |
| (570) 822-1000 | (570) 421-7190 | (570) 752¬5915 | (570) 836 ¬2115 | (570) 278-7090 |
| Fax: (570) 822-8280 | Fax: (570) 421-7328 | Fax: (570) 752¬5918 | Fax: (570) 836¬2122 | |

May 30, 2017
Page 2

It would be our pleasure to further discuss this request should Your Honor wishes to do so.

Thank you.

Very truly yours,

LENAHAN & DEMPSEY, P.C.

*Michael A. Dempsey*

Michael A. Dempsey, Esquire

MAD:may

cc:  J. Justin Blewitt, Jr., Esquire