## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA HURLBUT, EXECUTRIX OF THE ESTATE OF LEONARD VALITSKI,** | : : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1805 |
| v. | : | (JUDGE MANNION) |
| **UNITED STATES OF AMERICA** | : | |
| Defendant | : | |

## O R D E R

Presently before the court is a request of counsel for an additional sixty days to consummate the settlement is **GRANTED**.  **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 6, 2017**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-1805-06.wpd